JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/20/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JO-ANN STORES, LLC d/b/a JOANN FABRICS AND CRAFTS,<br><br>　　　　　Defendants. | Case No. 2:19-cv-10196 JAK SKx<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii) (DKT. 26)** |

1  Based on a review of the parties' Joint Stipulation for Dismissal of Entire Action with Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 26)) and the Confidential Settlement and Release (Dkt. 28 (filed under seal)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested in the Stipulation is **GRANTED** as follows:

1. The above-entitled action is dismissed in its entirety with prejudice.
2. This Court shall retain jurisdiction over the parties and the action until June 8, 2023, for the sole purpose of, and for only the time period required for, enforcement of the parties' obligations under Section 1(A) of their Confidential Settlement Agreement and Release.
3. Each party shall bear her or its own attorneys' fees, costs, and expenses (including expert consultant and witness expenses).

**IT IS SO ORDERED.**

Dated: July 20, 2020   _____
John A. Kronstadt
United States District Judge